UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
January 18, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-0005-3 DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| AGUSTIN GONZALEZ | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AGUSTIN GONZALEZ</u> Case No. <u>2:24-mj-0005-3 DB</u> Charges <u>21 USC §§ 846, 841(a)(1)</u> from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

    _X_ Unsecured Appearance Bond $   $100,000

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other): <u>Defendant to be RELEASED on FORTHWITH.</u>

Issued at Sacramento, California on January 18, 2024 at 2:04 PM

By:   /s/ Carolyn K. Delaney
       Magistrate Judge Carolyn K. Delaney