**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0012-TLN |
| Plaintiff, | STIPULATION AND ORDER TO NEW JUDGMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE |
| v. | |
| AGUSTIN GONZALEZ, | DATE: December 19, 2024<br>Time: 9:30 am<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN GONZALEZ, that the previously scheduled status for sentencing date of December 19, 2024, be vacated and the matter set for sentencing on **March 13, 2025, at 9:30 a.m**.

This continuance is requested to finalize all sentencing mitigation work and proceed accordingly with the probation documentation and objections. I have contacted Ms. Desmond and Steven Davis, the assigned probation officer, and they have no objection to the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – March 13, 2025; Reply or Statement of Non-Opposition to Motion to Correct PSR;

March 6, 2025, 2025; Motion to Correct PSR due February 27, 2025, Final Presentence report due February 20, 2025, Counsel's informal objections due February 13, 2024.  I believe the draft report was filed on December 2, 2024.

Dated: December 3, 2024                                        Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Agustin Gonzalez

Dated: December 3, 2024                                        Respectfully submitted.

   /s/ Cameron Desmond
Cameron Desmond
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: December 5, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

24-cr-0012-tln