**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:24-CR-0012-TLN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO SET NEW |
| ) | JUDGMENT AND SENTENCING DATE & NEW |
| v. ) | DISCLOSURE SCHEDULE |
| ) | |
| ) | DATE: March 13, 2025 |
| AGUSTIN GONZALEZ, ) | Time: 9:00 am |
| ) | COURT: Hon. Troy L. Nunley |
| Defendant. ) | |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN GONZALEZ, that the previously scheduled sentencing date of March 13, 2025, be vacated and the matter set for sentencing on May 1, 2025, at 9:30 a.m.

    This continuance is requested to finalize all sentencing mitigation work and proceed accordingly with the probation documentation and objections. I have contacted Ms. Desmond and Steven Davis, the assigned probation officer, and they have no objection to the new sentencing date.

    In light of the above request, the following revised sentencing schedule is requested: Judgment and Sentencing – May 1, 2025; Reply or Statement of Non-Opposition to Motion to Correct PSR;

April 24, 2025, 2025; Motion to Correct PSR due April 17, 2025, Final Presentence report due April 10, 2025, Counsel's informal objections due April 3, 2025.  I believe the draft report was filed on 12/2/24.

Dated: February 28, 2025  Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Agustin Gonzalez

Dated: February 28, 2025  Respectfully submitted.

   /s/ Cameron Desmond
Cameron Desmond
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: March 6, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

24-cr-0012-tln