**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:24-CR-0012-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO SET NEW** |
| v. | ) | **JUDGMENT AND SENTENCING DATE & NEW** |
| | ) | **DISCLOSURE SCHEDULE** |
| AGUSTIN GONZALEZ, | ) | DATE: May 1, 2025 |
| | ) | Time: 9:00 am |
| Defendant. | ) | COURT: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN GONZALEZ, that the previously scheduled sentencing date of May 1, 2025, be vacated and the matter set for sentencing on **May 8, 2025 at 9:30 a.m.**

   This continuance is requested to finalize all sentencing mitigation work and proceed accordingly with the probation documentation and objections. I have contacted Ms. Desmond and Steven Davis, the assigned probation officer, and they have no objection to the new sentencing date.

   In light of the above request, the following revised sentencing schedule is requested: Judgment and Sentencing – May 8, 2025; Reply or Statement of Non-Opposition to Motion to Correct PSR;

May 1, 2025, 2025; Motion to Correct PSR due April 24, 2025, Final Presentence report due April 17, 2025, Counsel's informal objections due April 10, 2025.  I believe the draft report was filed on 12/2/24.

Dated: April 3, 2025                                           Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Agustin Gonzalez

Dated: April 3, 2025                                           Respectfully submitted.

   /s/ Cameron Desmond
Cameron Desmond
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: April 3, 2025

Troy L. Nunley
Chief United States District Judge