**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>AGUSTIN GONZALEZ, )<br>)<br>Defendant. )<br>)<br>_____ ) | CASE NO. 2:24-CR-0012-TLN<br><br>STIPULATION AND ORDER TO SET NEW JUDGMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE<br><br>DATE: May 15, 2025<br>Time: 9:00 am<br>COURT: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Emily Sauvageau, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN GONZALEZ, that the previously scheduled sentencing date of May 15, 2025, be vacated and the matter set for sentencing on **September 4, 2025, at 9:30 a.m.**

This continuance is requested to finalize all sentencing mitigation work and research new factual issues implicated by the final psr. In addition, lead counsel for the government, Cameron Desmond, is on leave and most importantly, Mr. Gonzalez has at least one surgery that has not yet been scheduled on his eyes and needs potentially a second surgery to deal with complications from his kidney disease. I have contacted Ms. Sauvageau and Mr. Davis from probation and neither have an objection with a continuance and the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgment and Sentencing – September 4, 2025; Reply or Statement of Non-Opposition to Motion to Correct PSR;

August 28, 2025; Motion to Correct PSR due August 21, 2025. The Final Presentence Report was filed last week.

Dated: April 24, 2025                           Respectfully submitted.

                                                 /s/ Kyle R. Knapp
                                                Kyle R. Knapp
                                                Attorney for Defendant Agustin Gonzalez


Dated: April 24, 2025                           Respectfully submitted.

                                                 /s/ Emily Sauvageau
                                                Emily Sauvageau
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

   IT IS SO ORDERED.

DATED: April 29, 2025
                                                _____
                                                TROY L. NUNLEY
                                                CHIEF UNITED STATES DISTRICT JUDGE

24-cr-0012-TLN