**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>AGUSTIN GONZALEZ,<br><br>                Defendant.<br>_____ | CASE NO.  2:24-CR-0012-TLN<br><br>**STIPULATION AND ORDER TO SET MATTER FOR STATUS OF JUDGMENT AND SENTENCING**<br><br>DATE: September 4, 2025<br>Time:  9:30 am<br>COURT: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Haddy Abouzeid, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN GONZALEZ, that the previously scheduled sentencing date of September 4, 2025, be vacated and the matter set for status of sentencing on October 16, 2025 at 9: 30 a.m.

    The request to set it of status of sentencing is in order to ascertain further what is the status of Mr. Gonzalez' health and where he is on a potential kidney transplant and eye surgeries.

    This is in addition to requesting more time to finalize all sentencing mitigation work and research new factual issues implicated by the final psr.

Dated: August 20, 2025                                Respectfully submitted.

                                                                       /s/ Kyle R. Knapp
                                                                   Kyle R. Knapp
                                                                   Attorney for Defendant Agustin Gonzalez

Dated: August 20, 2025

Respectfully submitted,

ERIC GRANT
United States Attorney

  /s/ Haddy Abouzeid
Haddy Abouzeid
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED: August 25, 2025

Troy L. Nunley
Chief United States District Judge