**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:24-CR-0012-TLN |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO SET MATTER** |
| v. ) | **FOR STATUS OF JUDGMENT AND** |
| ) | **SENTENCING** |
| ) | |
| AGUSTIN GONZALEZ, ) | DATE: October 16, 2025 |
| ) | Time: 9:30 am |
| Defendant. ) | COURT: Hon. Troy L. Nunley |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Haddy Abouzeid, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN GONZALEZ, that the previously scheduled status of sentencing date of October 16, 2025, be vacated and the matter set for status of sentencing on December 4, 2025, at 9:30 a.m.

　　　　The request to set it for continued status of sentencing is in order to determine what is the status of Mr. Gonzalez' health.  He has had one eye surgery and is undergoing follow-up appointments with his next appointment in about two weeks.  He is also going to appointments with the UC Davis transplant team to see if there are potential family donors for a kidney transplant.  He is fighting an infection and he needs to clear that to go forward with any transplant procedure.

　　　　This is in addition to requesting more time to finalize all sentencing mitigation work and research new factual issues implicated by the final psr.

| | |
|---|---|
| Dated: October 13, 2025 | Respectfully submitted. |
| | /s/ Kyle R. Knapp |
| | Kyle R. Knapp |
| | Attorney for Defendant Agustin Gonzalez |

| | |
|---|---|
| Dated: October 13, 2025 | Respectfully submitted, |
| | ERIC GRANT |
| | United States Attorney |
| | /s/ Haddy Abouzeid |
| | Haddy Abouzeid |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

**IT IS SO ORDERED.**

DATED: October 14, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE