**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   2:24-CR-0012-TLN |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | STIPULATION AND ORDER TO SET NEW |
| v. ) | JUDGMENT AND SENTENCING DATE & NEW |
| ) | DISCLOSURE SCHEDULE |
| ) | |
| AGUSTIN GONZALEZ, ) | DATE: December 4, 2025 |
| ) | TIME:  9:30 am |
| Defendant. ) | COURT: Hon. Troy L. Nunley |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, Cameron Desmond, Assistant United States Attorney, attorney and Kyle Knapp, attorney for

defendant, AGUSTIN GONZALEZ, that the previously scheduled status of sentencing date of December

4, 2025, be vacated and the matter set for judgment and sentencing on May 14, 2026, at 9:30 a.m.

This continuance is requested to finalize all sentencing mitigation work and research new factual

issues implicated by the final psr.  Mr. Gonzalez's medical condition is degrading, and he is on the

kidney transplant list at UC Davis.  I have contacted Ms. Desmond via email and Mr. Davis from

probation and neither have an objection with a continuance and the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgment

and Sentencing – May 14, 2026, 2025; Reply or Statement of Non-Opposition to Motion to Correct PSR;

May 7, 2026; Motion to Correct PSR due April 30, 2026, The Final Presentence Report has been filed.

Dated: December 1, 2025                    Respectfully submitted.

                                           ___/s/ Kyle R. Knapp_____
                                           Kyle R. Knapp
                                           Attorney for Defendant Agustin Gonzalez


Dated: December 1, 2025                    Respectfully submitted,

                                           ___/s/ Cameron Desmond_____
                                           Cameron Desmond
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


**IT IS SO ORDERED.**


DATED:  December 1, 2025                    _____
                                           Troy L. Nunley
                                           Chief United States District Judge