IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AGUSTIN GONZALEZ

Defendant.

CASE NO. 24-CR-0012-TLN

ORDER SEALING THE DEFENDANT'S PROTECTED HEALTH RECORDS.

**UNDER SEAL**

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that Exhibits D and E of Defendant's Sentencing Memorandum, which contain the defendant's medical records and test results, along with his children's medical records and information, be sealed. The Defendant's Request to Seal, and this Order shall be SEALED until further order of this Court.

IT IS SO ORDERED.

DATED: July 31, 2026

Troy L. Nunley
Chief United States District Judge